David W. Fassett (DWF 1636)
ARSENEAULT WHIPPLE FARMER FASSETT & AZZARELLO, LLP
560 Main Street
Chatham, NJ 07928
(973) 635-3366
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| A&J PRODUCE CORP.<br><br>　　　　Plaintiff<br><br>　　v.<br><br>VINCE'S FARMER'S MARKET, INC.<br>t/a V'S ALL COUNTRY PRODUCE<br>and GLENN PUZINO<br><br>　　　　Defendants | Civil Action No. 08-6027 (PGS) |

**ORDER EXTENDING TEMPORARY RESTRAINTS AND
CONTINUING PRELIMINARY INJUNCTION HEARING**

THIS MATTER having come before the Court on the application of the parties to extend the Temporary Restraints imposed by, and to continue the Preliminary Injunction Hearing scheduled by, the Order to Show Cause with Temporary Restraints and without Notice entered on December 10, 2008 ("the OTSC"); and it appearing that the OTSC imposed Temporary Restraints against Defendants and scheduled the Preliminary Injunction Hearing for December 16, 2008; and counsel for Plaintiff (David W. Fassett, Esq.), and counsel for Defendants (Steven A. Varano, Esq.) having consented to this application; and for good cause shown;

IT IS on this __17__ day of December, 2008, [except that defendant may pay wages to employees] (PGS)

ORDERED that the foregoing application be, and hereby is, GRANTED; and it is further

- 1 -

ORDERED that the Preliminary Injunction Hearing scheduled by the OTSC be, and hereby is, continued from December 17, 2008 to January 7, 2009 at 3:00 pm; and it is further

ORDERED that the Temporary Restraints imposed by the OTSC be, and hereby are, extended through and including the Preliminary Injunction Hearing on January 7, 2009; and it is further

ORDERED that Defendants shall file and serve any papers in advance of the Preliminary Injunction Hearing by January 5, 2009; and it is further

ORDERED that Plaintiff shall file and serve any reply papers in advance of the Preliminary Injunction Hearing by January 6, 2009 at 4:00 pm; and it is further

ORDERED that, in all other respects, the OTSC remains in full force and effect.

_____
Honorable Peter G. Sheridan, U.S.D.J.

- 2 -