David W. Fassett (DWF 1636)
ARSENEAULT WHIPPLE FARMER FASSETT & AZZARELLO, LLP
560 Main Street
Chatham, NJ 07928
(973) 635-3366
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| A&J PRODUCE CORP. | Civil Action No. 08-6027 (PGS) |
| Plaintiff | |
| v. | |
| VINCE'S FARMER'S MARKET, INC. t/a V'S ALL COUNTRY PRODUCE and GLENN PUZINO | |
| Defendants | |

### SECOND ORDER EXTENDING TEMPORARY RESTRAINTS AND CONTINUING PRELIMINARY INJUNCTION HEARING

THIS MATTER having come before the Court on the application of the parties to extend the Temporary Restraints imposed by, and to continue the Preliminary Injunction Hearing scheduled by, the Order to Show Cause with Temporary Restraints and without Notice entered on December 10, 2008 ("the OTSC") and the Order Extending Temporary Restraints and Continuing Preliminary Injunction Hearing filed December 17, 2008 ("the TRO"); and it appearing that the OTSC scheduled the Preliminary Injunction Hearing for, and imposed Temporary Restraints through and including, December 17, 2008; and it further appearing that the TRO continued the Preliminary Injunction Hearing, and extended the Temporary Restraints through and including, January 7, 2009; and counsel for Plaintiff (David W. Fassett, Esq.), and counsel for

Defendants (Steven A. Varano, Esq.) having consented to this application; and for good cause shown;

IT IS on this **7** day of January, 2009,

ORDERED that the foregoing application be, and hereby is, GRANTED; and it is further

ORDERED that the Preliminary Injunction Hearing scheduled by the OTSC and the TRO be, and hereby is, continued from January 7, 2009 to **February 6**, 2009 at **10 AM**; and it is further

ORDERED that the Temporary Restraints imposed by the OTSC and the TRO be, and hereby are, extended through and including the Preliminary Injunction Hearing on **February 6**, 2009; and it is further

ORDERED that Defendants shall file and serve any papers in advance of the Preliminary Injunction Hearing by **February 2**, 2009; and it is further

ORDERED that Plaintiff shall file and serve any reply papers in advance of the Preliminary Injunction Hearing by **February 4**, 2009; and it is further

ORDERED that, in all other respects, the OTSC and the TRO remain in full force and effect.

_____
Esther Salas, United States Magistrate Judge